**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

KENNETH LEE WEINBERG,

       Plaintiff,

vs.                           CASE NO. 4:09cv256/RS-WCS

SERGEANT LEE, et al,

       Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 42).

Petitioner has not filed objections.

**IT IS ORDERED**:

1.      The Magistrate Judge's Order and Report and Recommendation is adopted and incorporated by reference in this Order.

2.      Defendants' Motion For Summary Judgment (Doc. 26) is **granted**.  The clerk is directed to enter judgment in favor of Defendants and to note that pursuant to 28 U.S.C. §1915(e)(2)(B)(i), this case was found to be frivolous.

3.      The clerk is directed to close the file.

**ORDERED** on March 16, 2011.

/S/ Richard Smoak_____
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**