**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


KENNETH LEE WEINBERG,

        Plaintiff,

vs.                                                                    CASE NO. 4:09cv256/RS-WCS

SERGEANT LEE, et al,

        Defendants.

_____/

### ORDER

     Before me is Plaintiff's Motion For Leave Of Court For Reconsideration Of The

Court's Order To Close The File (Doc. 49).

     **IT IS ORDERED**:

1.     The relief requested by Plaintiff's Motion For Leave Of Court For

     Reconsideration is **granted**.

2.     The relief requested by Plaintiff's Motion For Leave Of Court For An [sic]

     15 Day Extension Of Time (Doc. 43) is **granted**.  Plaintiff shall file

     objections to the Magistrate Judge's Report and Recommendation (Doc.

     42) not later than April 25, 2011.

3.     The clerk is directed to reinstate this case on the active docket.


     **ORDERED** on April 8, 2011.



                          /S/ Richard Smoak_____
                          **RICHARD SMOAK
                          UNITED STATES DISTRICT JUDGE**