**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

KENNETH LEE WEINBERG,

   Plaintiff,

vs.         CASE NO. 4:09cv256/RS-WCS

SERGEANT LEE, et al,

   Defendants.

_____/

<u>**ORDER**</u>

For reasons which are thoroughly discussed in the Magistrate Judge's Report

and Recommendation (Doc. 42), Plaintiff's Motion For Leave Of Court For A 30 Day

Extension in Plaintiff Opposition Response To The Magistrate's Report and

Recommendation and Plaintiff Request Injunctive Relief To Order These Prison Official

To Make Plaintiff Photo Copies [sic] (Doc. 53) are **denied**.

  **ORDERED** on May 5, 2011.

       /S/ Richard Smoak_____
       **RICHARD SMOAK
       UNITED STATES DISTRICT JUDGE**