IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KENNETH LEE WEINBERG,**

    **Plaintiff,**

vs.                                        **CASE NO. 4:09-cv-256/RS-WCS**

**SERGEANT LEE, et al.,**

    **Defendants.**

_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 42) and Plaintiff's Objection to the Report and Recommendation (Doc. 54). I have considered Plaintiff's objection *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. Defendants' Motion for Summary Judgment (Doc. 26) is granted. The clerk is directed to enter judgment in favor of Defendants and to note that pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), the case was found to be frivolous.

3. The clerk is directed to close the file.

**ORDERED** on August 10, 2011.

                <u>/S/ Richard Smoak</u>
                **RICHARD SMOAK**
                **UNITED STATES DISTRICT JUDGE**